1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   JOSE LISANDRO PINEDA,                    Case No.:  25-cv-3535-BJC-AHG

12                          Petitioner,       **ORDER GRANTING PETITION FOR**
                                              **WRIT OF HABEAS CORPUS**
13   v.

14   CHRISTOPHER LAROSE, Senior
     Warden, Otay Mesa Detention Center, et
15   al.,

16                          Respondents.

17

18

19          On November 2, 2025, Petitioner Jose Lisandro Pineda, a national of El Salvador

20   who last entered the United States in 1999, was detained by Respondents, and remains

21   detained at the Otay Mesa Detention Center.  ECF No. 1 ¶¶ 1, 38, 40.

22          On December 11, 2025, Petitioner filed the instant Petition for a Writ of Habeas

23   Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory

24   authority and violates the Fifth Amendment.  This Court set a briefing schedule and issued

25   a limited stay.  ECF No. 2.  Respondents filed a return to the petition on December 19,

26   2025.  ECF No. 5.  In their return, Respondents note that Petitioner is a member of the

27   Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-

28   SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), and the court entered final

judgment as to the Bond Eligible Class on December 18, 2025. *See Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than January 21, 2026**, and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated:  January 7, 2026

Honorable Benjamin J. Cheeks
United States District Judge

25-cv-3535-BJC-AHG